UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY SMITH,<br>        Plaintiff,<br><br>   v.<br><br>RONALD DAVIS,<br>        Defendant. | Case No. 19-cv-08152-SI<br><br>**ORDER RE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>Re: Dkt. No. 14, 17 |

A certificate of appealability will not issue. See 28 U.S.C. § 2253(c). This is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). This court's denial of a certificate of appealability is without prejudice to petitioner requesting a certificate of appealability in the U.S. Court of Appeals for the Ninth Circuit.

Petitioner's request for an extension of the deadline to file a notice of appeal (Dkt. No. 14) and motion for a certificate of appealability (Dkt. No. 17) are denied as moot due to the foregoing. The deadline to file a notice of appeal will run from the entry of judgment filed concurrently with this order.

**IT IS SO ORDERED**.

Dated: August 25, 2020

SUSAN ILLSTON
United States District Judge