UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY SMITH,

        Plaintiff,

   v.

RONALD DAVIS,

        Defendant.

Case No. 19-cv-08152-SI

**JUDGMENT**

On June 26, 2020, the Court denied petitioner's motion to proceed. Dkt. No. 13. The Court hereby ENTERS judgment in favor of respondent, Mr. Davis, and against petitioner, Mr. Smith. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 25, 2020

_____
SUSAN ILLSTON
United States District Judge